
**MEMO ENDORSED**

<div style="text-align: center;">

# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884  FAX: (212) 563-9870  WEBSITE: www.samuelandstein.com

</div>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/09/2023

**ANDREW D. BERESIN**
E-Mail: andrew@samuelandstein.com

January 9, 2023

**VIA ECF**

The Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<div style="text-align: center;">

Re: *Guerrero v. Nuevo Tulcingo Azteca Corp., et al.*
Case No. 1:22-cv-07285-VEC

</div>

Dear Judge Caproni:

We represent Plaintiff Yaritza Salazar Guerrero in the above-referenced matter and write pursuant to Your Honor's Order to Show Cause dated December 22, 2022 (ECF 10).

We regret the delay in filing Plaintiff's request for a Clerk's Certificate of Default however our office was impacted by Covid in late December. We expect to submit such request no later than this Wednesday, January 11, 2023, and respectfully request an extension of time until that date to make such submission.

We thank the Court for its attention to this matter.

<div style="margin-left: 50%;">

Respectfully submitted,

/s/ *Andrew D. Beresin*
Andrew D. Beresin, Esq.
SAMUEL LAW FIRM
*Attorneys for Plaintiff*

</div>

Application GRANTED in part. The deadline for Plaintiff to request certificates of default is hereby extended from Wednesday, January 3, 2023 until **Tuesday, January 10, 2023**. The impact of COVID-19 in "late December" does not excuse Plaintiff's failure to address the Court's order to show cause first issued on November 29, 2022. **No further extension requests will be granted.** Plaintiff is also reminded that she must move for default judgment against both Defendants not later than **fourteen days** after the Clerk of Court issues certificates of default, as set forth in Dkt. 9.

SO ORDERED.

01/09/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2