UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YARITZA SALAZAR GUERRERO, on behalf of herself and all other persons similarly situated,<br><br>Plaintiff,<br><br>- vs. –<br><br>NUEVO TULCINGO AZTECA CORP. d/b/a Nuevo Azteca Mex Restaurant, and GILBERTO MOLINA,<br><br>Defendants. | DOCKET NO.  1:22-cv-07285-VEC<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on August 26, 2022, by the filing of the Summons and Complaint; and a copy of the Summons and Complaint having being served on defendants Nuevo Tulcingo Azteca Corp. d/b/a Nuevo Azteca Mex Restaurant and Gilberto Molina on September 15, 2022, by serving Santiago Torres personally, and proof of service for each defendant having being filed with the District Court on September 23, 2022; defendants Nuevo Tulcingo Azteca Corp. d/b/a Nuevo Azteca Mex Restaurant and Gilberto Molina not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, and the Clerk's Certificate of Default having been issued on January 10, 2023, it is:

ORDERED, ADJUDGED AND DECREED: That plaintiff Yaritza Salazar Guerrero has judgment against defendants Nuevo Tulcingo Azteca Corp. d/b/a Nuevo Azteca Mex Restaurant and Gilberto Molina in the liquidated amount of $179,060.17 as follows: for plaintiff Yaritza Salazar Guerrero: $175,650.17; plus attorneys' fees, costs and

1

disbursements of this action in the amount of $3,410.00.

Dated:   New York, NY
         _____, 2023          SO ORDERED:

                                          _____
                                          VALERIE E. CAPRONI
                                          U.S.D.J.