USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
YARITZA SALAZAR GUERRERO, on behalf of :
herself and all others similarly situated,        :                    22-CV-7285(VEC)
                                                  :
                                  Plaintiff,      :                    ORDER
                    -against-                     :
                                                  :
                                                  :
NUEVO TULCINGO AZTECA CORP.,                      :
GILBERTO MOLINA,                                  :
                                                  :
                                                  :
                                  Defendants.     :
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on January 24, 2023, Plaintiff filed a proposed default judgment order and supporting papers, including a proposed damages calculation, *see* Dkts. 19–21;

     WHEREAS the parties are scheduled to appear for a default judgment hearing (the "Hearing") on February 13, 2023 at 11:00 A.M., *see* Dkt. 22; and

     WHEREAS Plaintiff's damages calculation assumes a different regular hourly rate for purposes of calculating minimum wage damages as opposed to overtime damages; *see* Damages Calculation, Dkt. 21-5, at 1–2;

     IT IS HEREBY ORDERED that Plaintiff must be prepared to explain the legal authority for using a different regular hourly rate for purposes of calculating minimum wage damages as opposed to overtime damages at the Hearing. *See, e.g.*, *Gao v. Jian Song Shi*, No. 18-CV-2708 (ARR) (LB), 2021 WL 1949275, at *11 (E.D.N.Y. Apr. 30, 2021) (applying the same regular hourly rate for purposes of calculating both minimum wage and overtime damages); *Martinez v. Alimentos Saludables Corp.*, No. 16-CV-1997 (DLI) (CLP), 2017 WL 5033650, at *14–15 (E.D.N.Y. Sept. 22, 2017) (same).

**SO ORDERED.**

**Date:  February 6, 2023**
       **New York, New York**

                                      **VALERIE CAPRONI**
                               **United States District Judge**