```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
YARITZA SALAZAR GUERRERO, on behalf of :
herself and all others similarly situated,          :         22-CV-7285(VEC)
                                                    :
                              Plaintiff,            :         ORDER
              -against-                             :
                                                    :
                                                    :
NUEVO TULCINGO AZTECA CORP.,                        :
GILBERTO MOLINA,                                    :
                                                    :
                                                    :
                              Defendants.           :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties were scheduled to appear for a default judgment hearing (the "Hearing") on February 13, 2023 at 11:00 A.M., *see* Order, Dkt. 22;

WHEREAS only Plaintiff appeared at the Hearing; and

WHEREAS at the Hearing, the Court indicated that it would grant default judgment against Defendants, but that it disagreed with Plaintiff's damages calculations;

IT IS HEREBY ORDERED that for the reasons stated at the hearing, not later than **Friday, February 17, 2023**, Plaintiff must submit an affirmation in support of default judgment setting forth her revised damages calculations, as well as an Excel spreadsheet setting forth her revised damages calculations. Plaintiff must email a native version of the Excel spreadsheet to the Undersigned's chambers inbox.

IT IS FURTHER ORDERED that Plaintiff must serve this Order, the affirmation, and the spreadsheet on Defendants not later than **Tuesday, February 21, 2023**, and must post proof of service on the docket not later than **Thursday, February 23, 2023**.

IT IS FURTHER ORDERED that Defendants will have **ten days**, including weekends and holidays, to respond to Plaintiff's renewed damages calculations once Defendants are served.

**SO ORDERED.**

Date:  February 13, 2023
       New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**