Case 1:22-cv-07285-VEC   Document 38   Filed 03/06/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YARITZA SALAZAR GUERRERO, on behalf of herself and all other persons similarly situated,<br><br>Plaintiff,<br><br>- vs. –<br><br>NUEOV TULCINGO AZTECA CORP. d/b/a Nueva Azteca Mex Restaurant, and GILBERTO MOLINA,<br><br>Defendants. | DOCKET NO. 1:22-cv-07285-VEC<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on August 26, 2022, by the filing of the Summons and Complaint; and a copy of the Summons and Complaint having being served on Defendants Nuevo Tulcingo Azteca Corp. d/b/a Nuevo Azteca Mex Restaurant and Gilberto Molina on September 15, 2022, by serving Santiago Torres personally, and proof of service for each Defendant having being filed with the District Court on September 23, 2022; Defendants Nuevo Tulcingo Azteca Corp. d/b/a Nuevo Azteca Mex Restaurant and Gilberto Molina not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, the Clerk's Certificate of Default having been issued on January 10, 2023, the parties having been ordered to appear for a default judgment conference on February 13, 2023, and Defendants having failed to attend the default judgment conference, it is:

ORDERED, ADJUDGED AND DECREED: That plaintiff Yaritza Salazar Guerrero has judgment against defendants Nuevo Tulcingo Azteca Corp. d/b/a Nuevo Azteca Mex Restaurant and Gilberto Molina in the liquidated amount of $148,449.51 as follows: for plaintiff Yaritza Salazar Guerrero: $145,039.51; plus attorneys' fees, costs and disbursements of this action in the amount of $3,410.00.

The Clerk of Court is respectfully directed to close the case.

Dated: New York, NY
       March 6, 2023        SO ORDERED:

                                      _____
                                      VALERIE E. CAPRONI
                                      U.S.D.J.